USDC ...Y
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/0...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: Methyl Tertiary Butyl Ether ("MTBE")　　　　Master File No. 1:00 – 1898
Products Liability Litigation　　　　　　　　　　　　MDL 1358 (SAS)

This relates to:

New Jersey Department of Environmental
Protection, *et al.* v. Atlantic Richfield Company,
*et al*

---

### STIPULATION AND ORDER

　　Plaintiffs, the New Jersey Department of Environmental Protection, Commissioner of the New Jersey Department of Environmental Protection, and Administrator of the New Jersey Spill Compensation Fund, and Defendant ChevronTexaco Corporation, n/k/a Chevron Corporation ("Chevron"), by counsel, hereby stipulate that the deadline for Chevron to file any responsive pleading in the above-captioned case shall be extended to October 1, 2008.

Dated: July 28, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ANNE MILGRAM
　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL OF NEW JERSEY

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


　　　　　　　　　　　　　　　　　　　　By: /s/ Richard F. Engel
　　　　　　　　　　　　　　　　　　　　　　Richard F. Engel
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

John K. Dema
Scott E. Kauff
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
Chrisitansted, St. Croix
U.S. Virgin Islands  00820-5008
(340) 773-6142

Attorneys for Plaintiffs
Special Counsel to the NJ Attorney General


/s/ William F. Hughes
Richard E. Wallace, Jr.
William F. Hughes
Wallace King Domike & Reiskin PLLC
2900 K Street, NW, Harbourside
Washington, D.C. 20007
(202) 204-3727

Robert E. Meadows
Charles C. Correll, Jr.
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
(713) 751-3200

Attorneys for Chevron Corporation

**SEEN AND APPROVED**

Date: 7/29, 2008

_____
Shira A. Scheindlin
United States District Judge