UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER (MTBE)
PRODUCTS LIABILITY LITIGATION

Master File No:.1:00CV1898
MDL 1358 (SAS)

This document pertains to all cases.

ORDER GRANTING
ADMISSION OF JAN CARLOS
RODRÍGUEZ-MUÑOZ

## ORDER

This Court has considered the unopposed request of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and, The Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited, to admit Jan Carlos Rodríguez-Muñoz, Esq., of McConnell Valdés LLC, and the request is hereby **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Jan Carlos Rodríguez-Muñoz, Esq., is admitted to practice before this Court *pro hac vice* on behalf of Shell Oil Company, Shell Chemical Yabucoa, Inc., Shell Trading (US) Company, Equilon Enterprises, LLC, Motiva Enterprises, LLC, and The Shell Company (Puerto Rico) Limited, now known as Sol Puerto Rico Limited in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

DATED: 8/22/08

Honorable Shira A. Scheindlin
United States District Judge