Se Hember J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- X

**IN RE METHYL TERTIARY BUTYL**
**ETHER ("MTBE") PRODUCTS**
**LIABILITY LITIGATION**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**This document pertains to:**

*New Jersey Department of Environmental*
*Protection, et al. v. Atlantic Richfield Co., et*
*al.,*
Case No. 08-CV-00312

APR 23 2

-------------------------------------------------- X

### STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST
### DEFENDANT ROSEMORE INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned

case and Defendant Rosemore Inc. ("Rosemore"), hereby request that the Court enter this

voluntary dismissal without prejudice of all claims against Rosemore as set forth in Plaintiffs'

Third Amended Complaint. Plaintiffs reserve all other rights as against all other defendants.

Dated: August 19, 2010                    Dated: August 19, 2010

**Plaintiffs**                            **Rosemore Inc.**

By: /s/ Leonard Z. Kaufmann              By: /s/ Ben M. Krowicki

    Leonard Z. Kaufmann                      Ben M. Krowicki (BK0640)
       lzk@njlawfirm.com                       ben.krowicki@bingham.com
    COHN, LIFLAND, PEARLMAN,                  BINGHAM MCCUTCHEN, LLP
    HERRMANN & KNOPF, LLP                     One State Street
    Park 80 Plaza West One                    Hartford, CT  06103-3178
    Saddle Brook, NJ 07663                    860.240.2700
    201.845.9600

                                      Evan J. Benanti (EB1202)
                                        evan.benanti@bingham.com
                                   BINGHAM MCCUTCHEN LLP
                                   One Federal Street
                                   Boston, MA  02110
                                   617.951.8000

SO ORDERED:

The Honorable Shira A. Scheindlin
United States District Judge

Dated: ___, 2010.

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury that a true copy of the above *Stipulation and Order Dismissing All Claims Against Defendant Rosemore Inc.* was served upon liaison counsel for Plaintiffs via electronic mail and via LexisNexis File and Serve to Plaintiffs' counsel and defense attorneys on the 19th day of August 2010.

/s/ Ben M. Krowicki
Ben M. Krowicki

A/73424617.1/3001182-0000329710