USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
          :
IN RE METHYL TERTIARY BUTYL   :
ETHER ("MTBE") PRODUCTS        :
LIABILITY LITIGATION               :
---------------------------------------------------------- :
          :
This document relates to:               :
          :
*Commonwealth of Puerto Rico, et al.* v.  :
*Shell Oil Co., et al.*, 07 Civ. 10470     :
          :
*New Jersey Dep't of Envtl. Prot.* v. *Atlantic* :
*Richfield Co.*, 08 Civ. 0312            :
          :
---------------------------------------------------------- X

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

## CASE MANAGEMENT ORDER NO. 124

WHEREAS both the *New Jersey*, 08 Civ. 0312, and *Puerto Rico I*, 07 Civ. 10470, cases have been partially remanded to their respective district courts for a Phase I trial on certain focus sites;

WHEREAS the parties have begun to engage in discovery for any trial or trials following the Phase I trial pursuant to Case Management Orders ("CMOs") Nos. 122, 123;

WHEREAS future discovery can be better focused with a defined structure for any future trials;

WHEREAS justice requires the efficient resolution of all litigation

consistent with the requirements of due process;

It is hereby ORDERED that any and all claims that remain following the Phase I trials shall be resolved in a single trial ("Phase II"), so long as such a trial protects the constitutional rights of all parties. The parties are directed to meet and confer on the structure of a Phase II trial in each case by the dates set in CMO No. 122 section 2 and CMO No. 123 section 6. Any dispute regarding the structure of such a trial will be resolved by the Court after full briefing, if required. Because the *New Jersey* and *Puerto Rico I* cases differ, the parties are not required to reach the same structure for a Phase II trial in each of those cases.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 29, 2016