# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD CO., et al.<br><br>Defendants | MASTER FILE NO.: 1:00-1898<br>MDL No.: 1358 (VSB)<br><br>Civil Action No.: 08-00312 (VSB)<br><br>**ORDER OF DISMISSAL AS TO DEFENDANTS BP AMERICA, INC., BP AMOCO CHEMICAL COMPANY, BP AMOCO CORPORATION NORTH AMERICA INC. (f/k/a BP AMOCO CORPORATION), BP PRODUCTS NORTH AMERICA, INC., and ATLANTIC RICHFIELD COMPANY ONLY** |

THIS MATTER, having been amicably resolved between the plaintiffs, New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund and Defendants BP America, Inc., BP Amoco Chemical Company, BP Amoco Corporation North America Inc. (f/k/a BP Amoco Corporation), BP Products North America, Inc. and Atlantic Richfield Corporation only, the matter as to BP America, Inc., BP Amoco Chemical Company, BP Amoco Corporation North America Inc. (f/k/a BP Amoco Corporation), BP Products North America, Inc. and Atlantic Richfield Corporation only shall be and hereby is dismissed with prejudice, with each side to bear its own costs.

_____
Hon. Vernon S. Broderick
United States District Judge

DATE: