UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE: Methyl Tertiary Butyl Ether     :        Master File No.
("MTBE") Products Liability Litigation :          1:00-1898
                                       :           MDL 1358
This Document Relates To:  New Jersey  :
Dep't of Envtl. Prot. v. Atlantic      :
Richfield Co., et al., Case No. 1:08-  :        08cv312 (DLC)
cv-312                                 :
                                       :             ORDER
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On February 26, 2025, the United Stated Judicial Panel on

Multidistrict Litigation assigned the above-captioned litigation

to this Court for pretrial proceedings pursuant to 28 U.S.C.

§ 1407.  It is hereby

ORDERED that the parties shall meet and confer and select a

private mediator who will oversee mediation discussions

beginning in **April 2025**.  The parties shall submit a letter

identifying the private mediator they have selected by **March 13**.

IT IS FURTHER ORDERED that the parties shall by **June 6,**

**2025** submit joint or separate proposals for the conduct of

further pretrial proceedings in this litigation.

Dated:    New York, New York
          March 6, 2025

                            _____
                                    DENISE COTE
                            United States District Judge